IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHNATHAN PURSGLOVE,

        Appellant,

v.

        Case No.  5D21-2430
        LT Case No. 2018-CF-012966-B

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed August 9, 2022

Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Jonathan Edwin Mills, of Law Office of
Jonathan Mills, Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, EISNAUGLE and NARDELLA, JJ., concur.